# LUMER & NEVILLE

Attorneys At Law

MICHAEL B. LUMER
JAMES C. NEVILLE

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

(212) 566-5060
FACSIMILE (212) 406-6890

April 24, 2014

**By ECF**
Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Crawford v. City of New York, et al.,
              14 CV 431 (JBW) (RER)

Dear Judge Reyes:

      We represent plaintiff Tyshawn Crawford in the above action and write on behalf of all parties to request that the status conference scheduled for May 15, 2014, be canceled as moot.

      As the Court may recall, a non-party was arrested along with plaintiff on the date in question and the parties were interested in obtaining the corresponding records for the non-party. The Court had directed plaintiff to move to unseal those records and scheduled a conference on the motion (which has not yet been made) for May 15, 2014. However, plaintiff was able to obtain an unsealing authorization from the non-party and produced that defendants, who are in the process of procuring the records.

      Accordingly, the contemplated motion is now moot, as is the May 15 conference. The already scheduled July 16 status conference should be more than sufficient in terms of addressing any outstanding discovery issues if this case is not otherwise resolved.

                            Very truly yours,

                            /s/

                            Michael Lumer

cc:    Wesley Bauman, ACC (By ECF)